US District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

DIN# 18A3369  
Greene Corr. Facility  
PO Box 975  
Coxsackie, NY 12051-0975

Oct. 19, 2018

IN CLERK'S OFFICE  
US DISTRICT COURT E.D.N.Y.

★ OCT 24 2018 ★

Re: 18-CV-2397-PKC-RML  
    Caballero v. City of New York, et al.

Your Honor:        BROOKLYN OFFICE

I am in the Plaintiff in the above-referenced matter. I am writing in response to our phone conversation on or around Oct. 15, 2018. As we discussed, I am submitting this letter as a list of names that I would like to strike from the complaint, in an effort to expedite the discovery process and conserve court and party resources.

The names of the defendants whom I would like to strike from the above-referenced matter are:

1. Correctional Officers "John and Jane Doe" (who were hitherto unnamed).
2. Correctional Officer "John" Blue
3. Correctional Officer "Jane" Murdoch
4. Correctional Officer "John" Rentus
5. Correctional Officer "John" Baker
6. Correctional Officer "John" Pagan
7. Correctional Officer "Jane" Taylor
8. Board of Correction Civilian "Jane" Harris

Thank you for your attention to this matter!

P.S. I apologize for not providing courtesy copies of this letter as the copy machine here at Greene Correctional Facility has been out of service for several days.

If the Clerk could be able to forward a copy of this letter to Morgan C. McKinney, Esq., Asst. Corporation Counsel for the City of New York Law Dept, 100 Church St, New York, NY 10007, I would be most grateful.

                    Respectfully submitted,

                    Jonas Caballero, M.Phil
                    Plaintiff, Pr Se

Attn: Honorable Robert M. Levy  
      US District Court Judge  
      United States District Court  
      Eastern District of New York  
      225 Cadman Plaza East  
      Brooklyn, NY 11201



RECEIVED OCT 24 2018 PRO SE OFFICE

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Jonas Caballero    DIN: 1843369



U.S. District Court
Eastern District of New York
Honorable Robert M. Levy
225 Cadman Plaza East
Brooklyn, NY 11201

**NEW YORK STATE**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**OFFENDER CORRESPONDENCE PROGRAM**

NAME: Jonas Caballero     DIN: 18A3369

Printed on Recycled Paper